UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOD STACK LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIRTUALPBX.COM, INC.,<br><br>    Defendant. | Case No. 21-cv-00184-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

Plaintiff Mod Stack LLC ("Mod Stack") filed this action against Defendant VirtualPBX.com, Inc. on January 8, 2021. Dkt. No. 1. VirtualPBX.com, Inc. remains unserved. Pursuant to Federal Rule of Civil Procedure 4(m), "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." In addition, neither party appeared at the April 20, 2021 Case Management Conference.

Mod Stack is HEREBY ORDERED to show cause **by May 17, 2021** why this case should not be dismissed for failure to prosecute. It may expunge this Order To Show Cause by serving VirtualPBX.com, Inc. and by filing a declaration explaining its failure to appear at today's conference (and, if necessary, showing good cause why service has not been completed) no later than May 17, 2021, and by appearing at a Case Management Conference on **May 18, 2021 at 2 p.m.** It may also choose to dismiss this matter voluntarily.

**IT IS SO ORDERED.**

Dated: April 20, 2021

William H. Orrick
United States District Judge